**FOR PUBLICATION**

# UNITED STATES COURT OF APPEALS
# FOR THE NINTH CIRCUIT

TYLER CHASE HARPER, a minor, by
and through his parents Ron and
Cheryl Harper; RON HARPER; CHERYL
HARPER; KESLIE K. HARPER, a minor,
by and through her parents Ron and
Cheryl Harper,
               *Plaintiffs-Appellants,*

v.

POWAY UNIFIED SCHOOL DISTRICT;
JEFF MANGUM; LINDA VANDERVEEN;
PENNY RANFTYLE; STEVE MCMILLAN;
ANDY PATAPOW, All Individually and
in their official capacity as Members
of the Board of the Poway Unified
School District; DONALD A. PHILLIPS,
Individually, and in his official
capacity as Superintendent of the
Poway Unified School District;
SCOTT FISHER, Individually and in his
official capacity as Principal of
Poway High School; LYNELL
ANTRIM, Individually and in her
official capacity as Assistant
Principal of Poway High School; ED
GILES, Individually and in his
official capacity as Vice Principal of
Poway High School; DAVID
LEMASTER, Individually and in his
official capacity as Teacher of
Poway High School; DOES 1
THROUGH 20, INCLUSIVE,
               *Defendants-Appellees.*

No. 04-57037

D.C. No.
CV-04-01103-JAH
Southern District
of California,
San Diego

ORDER

On Remand From The United States Supreme Court

Filed April 23, 2007

Before: Stephen Reinhardt, Alex Kozinski, and
Sidney R. Thomas, Circuit Judges.

---

## ORDER

Pursuant to the instructions of the Supreme Court, plaintiff Tyler Chase Harper's appeal is dismissed as moot.

PRINTED FOR
ADMINISTRATIVE OFFICE—U.S. COURTS
BY THOMSON/WEST—SAN FRANCISCO

The summary, which does not constitute a part of the opinion of the court, is copyrighted
© 2007 Thomson/West.